FILED
JUN 26 2006
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIS Sciences Corporation, a California corporation<br><br>Plaintiff(s),<br>v.<br>DOMAIN SOURCE, Inc, et al<br><br><br>Defendant(s). | CASE NUMBER  PS-EM<br><br>SACV06-392 DOC (MLGx)<br><br>NOTICE OF DEFICIENCY<br>DEFAULT/DEFAULT JUDGMENT |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of **DOMAIN SOURCE, INC** for the following reason(s)

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☐ No proof of service/waiver of service on file
- ☐ The name of the person served does not exactly match the complaint
- ☒ **Proof of Service is lacking required information: Proof of Service does not indicate Statute, due diligence declaration of Process Server not attached;**
- ☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☐ Time to respond has not expired
- ☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
  - ☐ Request forwarded to assigned Judge for consideration
- ☐ Party dismissed from action on_____
- ☐ Case terminated on _____
- ■ **Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have default reconsidered.**

The Clerk cannot enter the requested **Default Judgment** against _____ for the following reason(s)

- ☐ No Entry of Default on file
- ☐ No declaration of as required by F.R.Civ.P 55(b)
- ☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ☐ An Affidavit of the amount due must accompany the plaintiff's request for default judgment
- ☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ☐ Attorney Fees sought not in compliance with Local Rule 55.3
- ☐ Amount sought for costs is incorrect
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have default reconsidered.

DOCKETED ON CM
JUN 26 2006
BY _____ 040

CLERK OF COURT
By _____
Deputy Clerk
LORI ANDERSON

CV-52B (12/03)  NOTICE OF DEFICIENCY - DEFAULT/DEFAULT JUDGMENT