P-Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. SA CV06-0392-DOC(MLGx) | Date  February 21, 2007 |

Title   MIS SCIENCES CORPORATION -V- DOMAIN SOURSE INC.

---

Present: The Honorable   DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:    (IN CHAMBERS)   ORDER SETTING HEARING

Before the Court is an Application by Plaintiff for Default Judgment. Court sets this matter for hearing on **March 19, 2007 at 8:30 a.m.**

Plaintiff shall serve all defendant with notice of the hearing no later than Wednesday, February 28, 2007. Further, plaintiff shall file proof of service no later than March 7, 2007.

: 0

Initials of Preparer  kh



DOCKETED ON CM
FEB 2 1 2007
BY _____ 160