1  LAUREN ROSS, SB#106225
   ATTORNEY AT LAW
2  2550 N. Hollywood Way
   Suite 404
3  Burbank, California 91505-5046

4  T: 818.847.0211  F: 818.847.0214

5  Attorney for Plaintiff, MIS Sciences Corporation,
   a California corporation



FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 12 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

✓ Priority
✓ Send
__ Clsd
✓ Enter
__ JS-5/JS-6
__ JS-2/JS-3

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| MIS Sciences Corporation, a California Corporation, | Case No.: 8:06-CV-00392-DOC-MLGx |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| vs. | |
| DOMAIN SOURCE, INC, Inc., and DOES 1 through 10, Inclusive, | |
| Defendants. | |

Based upon the evidence presented by the Plaintiff, the papers filed herewith and the Court's file, it is hereby ordered, adjudged and decreed that judgment in favor of Plaintiff MIS Sciences Corporation, a California Corporation and against Defendant DOMAIN SOURCE, INC., be entered as follows:

**THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).**



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 13 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

-1-



a. The domain name ELAERT.COM is hereby transferred to Plaintiff. Network Solutions is ordered to take all steps necessary to effectuate such transfer upon entry of judgment;

b. Damages against Defendant, DOMAIN SOURCE, INC., in the amount of $100,000.00;

c. The trademark application of Defendant, DOMAIN SOURCE, INC., #78774883 is hereby cancelled; and

d. Costs of suit incurred herein in the sum of $446.90 ($350.00 filing fee and $96.90 for service of process) awarded against Defendant, DOMAIN SOURCE, INC.

DATED: March 12, 2006

*/s/ David O. Carter*
HONORABLE DAVID O. CARTER
United States District Judge