```
 1  LAUREN ROSS, SB#106225
    ATTORNEY AT LAW
 2  2550 N. Hollywood Way
    Suite 404
 3  Burbank, California 91505-5046
 4  T: 818.847.0211  F: 818.847.0214
 5  Attorney for Plaintiff, MIS Sciences Corporation
    a California corporation
```

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| MIS Sciences Corporation, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOMAIN SOURCE, INC, Inc., and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 8:06-CV-00392-DOC-MLGx<br><br>[~~PROPOSED~~] JUDGMENT<br><br>___ Priority<br>___ Send<br>___ Clsd<br>___ Enter<br>___ JS-5/JS-6<br>___ JS-2/JS-3 |

Based upon the evidence presented by the Plaintiff, the papers filed herewith and the Court's file, it is hereby ordered, adjudged and decreed that judgment in favor of Plaintiff MIS Sciences Corporation, a California Corporation and against Defendant DOMAIN SOURCE, INC., be entered as follows:

a.  The domain name EALERT.COM is hereby transferred to Plaintiff. Network Solutions is ordered to take all steps necessary to effectuate such transfer upon entry of judgment;

b.  Damages against Defendant, DOMAIN SOURCE, INC., in the amount of $100,000.00;

c.  The trademark application of Defendant, DOMAIN SOURCE, INC., #78774883 is hereby cancelled; and

d.  Costs of suit incurred herein in the sum of $446.90 ($350.00 filing fee and $96.90 for service of process) awarded against Defendant, DOMAIN SOURCE, INC.

DATED: March 22, 2007          *David O. Carter*
                               HONORABLE DAVID O. CARTER
                               United States District Judge

-2-

[PROPOSED] JUDGMENT