# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

Send

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __Carter__

From: __D. Johnson_____, Deputy Clerk     Date Received: __3-22-07__

Case No. __SACV06-392DOC (MLGx)__   Case Title: __MIS Sciences Corp vs DomainSource Inc__

Document Entitled: __Plaintiff's (1) Ex-Parte motion to correct clerical mistake in Judgment pursuant to Federal Rules of Civil Procedure, Rule 60; memorandum of Points and Authorities; declaration of Lauren Ross in support thereof; (2) Proposed Judgment__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1   Document not legible
☐ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1   No copy provided for judge
☐ Local Rule 19-1   Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1   Proposed amended pleading not under separate cover
☐ Local Rule 11-6   Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8   Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1   Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1   Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2   Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
☐ Local Rule 16-6   Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)   No proof of service attached to document(s)
☒ Other: __Case termed on 3/12/2007__

FILED
MAR 22 2007
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

__March 22, 2007__                              __David O. Carter__
Date                                            U.S. District Judge / U.S. Magistrate Judge

☐ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

DOCKETED ON CM
MAR 27 2007
BY _____ 178

_____                           _____
Date                                            U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)        NOTICE OF DOCUMENT DISCREPANCIES

GPO  U.S. GOVERNMENT PRINTING OFFICE: 2006-572-754/59178

14